CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:10-cv-00701-SLR

MA Equipment Leasing I LLC et al v. Tilton et al
Assigned to: Judge Sue L. Robinson
Case in other court: USBK/DE, 09-11179
　　　　　　　　　　Ohio Southern, 2:09-cv-00880
Cause: 28:1332 Diversity-Other Contract

Date Filed: 08/20/2010
Date Terminated: 09/10/2010
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

MA Equipment Leasing I LLC　　　represented by　**Etta R. Wolfe**
　　　　　　　　　　　　　　　　　　　　　　　　Potter Anderson & Corroon, LLP
　　　　　　　　　　　　　　　　　　　　　　　　1313 N. Market St., Hercules Plaza, 6th Flr.
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 951
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-0951
　　　　　　　　　　　　　　　　　　　　　　　　302-984-6202
　　　　　　　　　　　　　　　　　　　　　　　　Email: ewolfe@potteranderson.com
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

MA 265 North Hamilton Road LLC　　represented by　**Etta R. Wolfe**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Lynn Tilton　　　　　　　　　　　　represented by　**Cory Dean Kandestin**
　　　　　　　　　　　　　　　　　　　　　　　　Richards, Layton & Finger, PA
　　　　　　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　　　　　　920 N. King Street
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　302-651-7802
　　　　　　　　　　　　　　　　　　　　　　　　Email: Kandestin@rlf.com
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Daniel J. DeFranceschi**
　　　　　　　　　　　　　　　　　　　　　　　　Richards, Layton & Finger, PA
　　　　　　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　　　　　　920 N. King Street
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　(302) 651-7700

Fax: 302 651 7701
Email: defranceschi@rlf.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patriarch Partners LLC**

**Defendant**

**Patriarch Partners Management Group LLC**

**Defendant**

**John Harrington**

**Defendant**

**Zohar II 2005-1 Limited**

**Defendant**

**John Doe Defendants 1-10**

**Defendant**

**LD Investments LLC**

**Defendant**

**Patriarch Partners XIV LLC**
*Corporate Service Company Registered Agent*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2009 | 1 | Civil Cover Sheet. (sr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/07/2009) |
| 10/06/2009 | 2 | NOTICE OF REMOVAL from Franklin County Common Pleas, case number 09 CVH 08 12912 filed by MA Equipment Leasing I LLC, MA 265 North Hamilton Road LLC against John Harrington, Zohar II 2005-1, Limited, John Doe Defendants 1-10, Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners Management Group, LLC.( Filing fee $ 350 paid) (sr) [Transferred from Ohio Southern on 8/20/2009) |
| 10/06/2009 | 3 | COMPLAINT with JURY DEMAND filed by MA Equipment Leasing I LLC, MA 265 North Hamilton Road LLC against John Harrington, John Doe Defendants 1-10, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited (Attachments: # 1 Exhibit A-1, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E) (sr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/07/2009) |
| 10/06/2009 |  | Notice of Removal Filing fee: $ 350, receipt number 200COL009613 (sr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/07/2009) |

| | | |
|---|---|---|
| 10/07/2009 | 4 | NOTICE of Docketing In A Removal. (sr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/07/2009) |
| 10/07/2009 | 5 | Notice by Clerk of Southern District of Ohio of Pro Hac Vice Rules as to Attorney Gregory M. Gordon, David Elbaum, Hillary Richard, Dan Prieto. (sr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/07/2009) |
| 10/08/2009 | 6 | NOTICE of Hearing: Preliminary Pretrial Conference set for 11/4/2009 @ 01:30 PM in chambers before Magistrate Judge Norah McCann King. (jm1) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/08/2009) |
| 10/08/2009 | 7 | STIPULATION *to Extension of Time* by Defendant Lynn Tilton. (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/08/2009) |
| 10/09/2009 | | Set Deadlines/Hearings: John Harrington answer due 11/3/2009; Patriarch Partners Management Group, LLC answer due 11/3/2009; Patriarch Partners, LLC answer due 11/3/2009; Lynn Tilton answer due 11/3/2009; Zohar II 2005-1, Limited answer due 11/3/2009. (jcw) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/09/2009) |
| 10/09/2009 | 8 | MOTION to Change Venue by Defendants John Harrington, John Doe Defendants 1-10, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (Attachments: # 1 Exhibit Financing Order, # 2 Exhibit Sale Order) (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/09/2009) |
| 10/20/2009 | 9 | MOTION for Leave to Appear Pro Hac Vice of David Elbaum (Filing fee $ 200) by Defendants John Harrington, John Doe Defendants 1-10, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (Attachments: # 1 Exhibit) (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/20/2009) |
| 10/20/2009 | 10 | MOTION for Leave to Appear Pro Hac Vice of Hillary Richard (Filing fee $ 200) by Defendants John Harrington, John Doe Defendants 1-10, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (Attachments: # 1 Exhibit) (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/20/2009) |
| 10/21/2009 | | Filing fee: $ 200, receipt number 200COL009760 phv for Elbaum (jr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/21/2009) |
| 10/21/2009 | | Filing fee: $ 200, receipt number 200COL009761 phv for Richard (jr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/21/2009) |
| 10/22/2009 | 11 | ORDER granting 9 Motion for Leave to Appear Pro Hac Vice of David Elbaum. Signed by Magistrate Judge Norah McCann King on 10/21/2009. (pes1) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/22/2009) |
| 10/22/2009 | 12 | ORDER granting 10 Motion for Leave to Appear Pro Hac Vice of Hillary Richard. Signed by Magistrate Judge Norah McCann King on 10/21/2009. (pes1) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/22/2009) |
| 10/28/2009 | 13 | NOTICE of Hearing: The Preliminary Pretrial Conference set for 11/4/2009 @ 1:30 p.m. has been rescheduled. The Preliminary Pretrial Conference is now |

| | | set for 11/13/2009 @ 01:30 PM in chambers before Magistrate Judge Norah McCann King. (jm1) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/28/2009) |
|---|---|---|
| 10/29/2009 | 14 | Unopposed MOTION for Extension of Time New date requested 11/16/2009. by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Attachments: # 1 Text of Proposed Order) (Kessler, Marc) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/29/2009) |
| 10/29/2009 | 15 | ORDER granting 14 Motion for Extension of Time. Plaintiffs shall have until 11/16/2009 to respond to defendants' motion to transfer venue. Signed by Magistrate Judge Norah McCann King on 10/29/2009. (sr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 10/29/2009) |
| 11/03/2009 | 16 | MOTION to Dismiss *the Complaint* by Defendants John Harrington, John Doe Defendants 1-10, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. Responses due by 11/27/2009 (Attachments: # 1 Affidavit Elbaum Declaration, # 2 Exhibit Elbaum Declaration Ex. 1, # 3 Exhibit Elbaum Declaration Ex. 2, # 4 Exhibit Elbaum Declaration Ex. 3, # 5 Exhibit Elbaum Declaration Ex. 4, # 6 Exhibit Elbaum Declaration Ex. 5, # 7 Exhibit Elbaum Declaration Ex. 6) (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 11/03/2009) |
| 11/06/2009 | 17 | RULE 26(f) REPORT *of Parties* by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Marsh, John) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 11/06/2009) |
| 11/11/2009 | 18 | MOTION for Protective Order *and to Stay Discovery* by Defendants John Harrington, John Doe Defendants 1-10, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (Attachments: # 1 Affidavit Declaration of David Elbaum, # 2 Exhibit Exhibit A to Elbaum Declaration, # 3 Exhibit Exhibit B to Elbaum Declaration, # 4 Exhibit Exhibit C to Elbaum Declaration, # 5 Exhibit Exhibit D to Elbaum Declaration, # 6 Exhibit Exhibit E to Elbaum Declaration, # 7 Exhibit Exhibit F to Elbaum Declaration) (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 11/11/2009) |
| 11/16/2009 | 19 | PRELIMINARY PRETRIAL ORDER: Plaintiffs will respond to the motion 8 to transfer by 12/07/2009. Defendants may reply by 01/06/2010. Plaintiffs will respond to motion 16 to dismiss by 12/21/2009. Defendants may reply by 01/22/2010. Defendants' motion for protective order and stay will either be resolved by the parties or be briefed within rule. Plaintiffs intend to file a motion to remand, and will do so no later than 01/15/2010. Status Conference set for 2/23/2010 @ 01:30 PM before Magistrate Judge Norah McCann King. Signed by Magistrate Judge Norah McCann King on 11/13/2009. (sr) Modified text on 11/17/2009 (er1). [Transferred from Ohio Southern on 8/20/2010.] (Entered: 11/16/2009) |
| 12/04/2009 | 20 | NOTICE of Appearance by Kerry Renker Green for Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC (Green, Kerry) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 12/04/2009) |
| 12/04/2009 | 21 | STIPULATION *Order Relating to Discovery* by Plaintiffs MA 265 North |

| | | |
|---|---|---|
| | | Hamilton Road LLC, MA Equipment Leasing I LLC. (Green, Kerry) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 12/04/2009) |
| 12/07/2009 | 22 | RESPONSE in Opposition re 8 MOTION to Change Venue filed by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Kessler, Marc) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 12/07/2009) |
| 12/08/2009 | 23 | ORDER. It is ORDERED that, no later than 12/11/2009, defendants will make formal response to plaintiffs' requests for production of documents. Signed by Magistrate Judge Norah McCann King on 12/08/2009. (sr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 12/08/2009) |
| 12/21/2009 | 24 | AMENDED COMPLAINT against John Harrington, John Doe Defendants 1-10, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited, filed by MA Equipment Leasing I LLC, MA 265 North Hamilton Road LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Kessler, Marc) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 12/21/2009) |
| 12/21/2009 | 25 | RESPONSE in Opposition re 16 MOTION to Dismiss *the Complaint* filed by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Kessler, Marc) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 12/21/2009) |
| 12/22/2009 | 26 | Summons Issued as to LD Investments, LLC. (jr1) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 12/23/2009) |
| 12/23/2009 | 27 | CERTIFICATE of Mailing by Clerk - A copy of the summons and complaint was sent by certified mail to LD Investment, LLC. (jr1) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 12/23/2009) |
| 12/30/2009 | 28 | SUMMONS Returned Executed: LD Investments, LLC served on 12/28/2009, answer due 1/19/2010. (er1) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 01/02/2010) |
| 01/06/2010 | 29 | MOTION for Extension of Time New date requested 1/29/2010. *Motion for Scheduling Order* by Defendants John Harrington, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 01/06/2010) |
| 01/06/2010 | 30 | ORDER granting 29 Motion for a scheduling order. Defendants' motion to dismiss amended complaint due by 1/29/10. Plaintiffs' response due by 3/1/10. Signed by Magistrate Judge Norah McCann King on 1/6/10. (jr1) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 01/06/2010) |
| 01/06/2010 | 31 | REPLY to Response to Motion re 8 MOTION to Change Venue filed by Defendants John Harrington, John Doe Defendants 1-10, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 01/06/2010) |
| | | |

| | | |
|---|---|---|
| 01/15/2010 | 32 | Unopposed MOTION for Extension of Time New date requested 2/8/2010. by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Attachments: # 1 Text of Proposed Order) (Kessler, Marc) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 01/15/2010) |
| 01/19/2010 | 33 | ORDER granting 32 Motion for Extension of Time to file a motion to remand. New date: 2/8/10. Signed by Magistrate Judge Norah McCann King on 1/19/10. (jcw) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 01/19/2010) |
| 01/19/2010 | 34 | Notice of Correction re: 33 Order on Motion for Extension of Time was replaced with new document as the original document was corrupted. (jcw) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 01/19/2010) |
| 01/28/2010 | 35 | STIPULATION *and Protective Order* by Defendants John Harrington, John Doe Defendants 1-10, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited, Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 01/28/2010) |
| 01/29/2010 | 36 | PROTECTIVE ORDER. Signed by Magistrate Judge Norah McCann King on 1/29/10. (jcw1) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 01/29/2010) |
| 01/29/2010 | 37 | MOTION to Dismiss *Amended Complaint* by Defendants John Harrington, John Doe Defendants 1-10, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. Responses due by 2/22/2010 (Attachments: # 1 Exhibit Declaration of David Elbaum, # 2 Exhibit Exhibit 1 to Elbaum Declaration, # 3 Exhibit Exhibit 2 to Elbaum Declaration, # 4 Exhibit Exhibit 3 to Elbaum Declaration, # 5 Exhibit Exhibit 4 to Elbaum Declaration, # 6 Exhibit Exhibit 5 to Elbaum Declaration, # 7 Exhibit Exhibit 6 to Elbaum Declaration, # 8 Exhibit Exhibit 7 to Elbaum Declaration) (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 01/29/2010) |
| 02/01/2010 | 38 | ORDER - Defendants are DIRECTED to respond to plaintiffs' interrogatories. Signed by Magistrate Judge Norah McCann King on 2/1/10. (jr1) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 02/01/2010) |
| 02/08/2010 | 39 | MOTION to Remand by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Kessler, Marc) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 02/08/2010) |
| 02/12/2010 | 40 | Objection *to Order Dated February 1, 2010* by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E - Part 1, # 6 Exhibit E - Part 2) (Kessler, Marc) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 02/12/2010) |
| 02/23/2010 | 41 | ORDER. Plaintiffs may have until 03/08/2010 to respond to the motion to dismiss. Defendants may have until 03/18/2010 to respond to the motion to |

| | | | |
|---|---|---|---|
| | | | remand. Plaintiffs' reply to that motion is STAYED until a date for filing the reply is set by the Court. The Court DIRECTS the parties to further discuss potential resolution of any remaining dispute. Enforcement of portions of the Court's Order of 02/01/2010 38 directing defendants to respond to certain interrogatories and requests for production is STAYED. The parties shall report, no later than 03/09/2010, on the status of any remaining discovery dispute in that regard. Another conference will be held on 03/29/2010 at 2:00 p.m. Motions terminated: 16 Signed by Magistrate Judge Norah McCann King on 02/23/2010. (sr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 02/23/2010) |
| 02/23/2010 | | 42 | Defendants Submission re: Plaintiffs' Interrogatories 1,3-4; requests for production 1,3 filed by Defendants. (Attachments: # 1 Exhibit) (sr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 02/23/2010) |
| 02/23/2010 | | 43 | Plaintiff's Response to 42 Defendant's Submission filed by Plaintiffs. (sr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 02/23/2010) |
| 02/23/2010 | | 44 | Defendants' Reply Submission to 43 filed by Defendants. (sr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 02/23/2010) |
| 02/25/2010 | | 45 | Response re 40 Objection (non motion), Objection (non motion) by Defendants John Harrington, John Doe Defendants 1-10, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (Attachments: # 1 Exhibit Homfeld II, LLC v. Comair Holdings, Inc.) (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 02/25/2010) |
| 03/08/2010 | | 46 | RESPONSE in Opposition re 37 MOTION to Dismiss *Amended Complaint* filed by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Attachments: # 1 Exhibit A) (Kessler, Marc) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 03/08/2010) |
| 03/11/2010 | | 47 | Appellant's REPLY BRIEF by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Attachments: # 1 Exhibit A) (Marsh, John) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 03/11/2010) |
| 03/18/2010 | | 48 | RESPONSE in Opposition re 39 MOTION to Remand filed by Defendants John Harrington, John Doe Defendants 1-10, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (Attachments: # 1 Exhibit Declaration of David Elbaum, # 2 Exhibit Exhibit A to Elbaum Declaration) (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 03/18/2010) |
| 03/22/2010 | | 49 | Unopposed MOTION for Extension of Time to File Response/Reply as to 46 Response in Opposition to Motion, 37 MOTION to Dismiss *Amended Complaint* New date requested 4/8/2010. by Defendants John Harrington, John Doe Defendants 1-10, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 03/22/2010) |
| 03/23/2010 | | 50 | ORDER granting 49 Motion for Extension of Time to File Reply. Replies due |

| | | |
|---|---|---|
| | | by 4/8/2010. Signed by Magistrate Judge Norah McCann King on 03/23/2010. (sr) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 03/23/2010) |
| 03/31/2010 | 51 | ORDER - The status conference set for 4/1/2010 is RESCHEDULED to 4/13/2010 @ 2:00 PM before Magistrate Judge Norah McCann King. Signed by Magistrate Judge Norah McCann King on 3/31/10. (jrl) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 03/31/2010) |
| 04/08/2010 | 52 | REPLY to Response to Motion re 37 MOTION to Dismiss *Amended Complaint* filed by Defendants John Harrington, John Doe Defendants 1-10, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 04/08/2010) |
| 04/20/2010 | 53 | MOTION for Leave to File *Second Amended Complaint* by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Attachments: # 1 Exhibit A; Second Amended Complaint, # 2 Exhibit A to 2nd Am Complaint, # 3 Exhibit B to 2nd Am Complaint, # 4 Exhibit C to 2nd Am Complaint, # 5 Exhibit B - Kessler Aff) (Kessler, Marc) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 04/20/2010) |
| 04/20/2010 | 54 | MOTION Extension of Time to Serve Summons and Second Amended Complaint by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Attachments: # 1 Text of Proposed Order) (Kessler, Marc) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 04/20/2010) |
| 04/23/2010 | 55 | MOTION for Leave to File Unredacted Version of Reply in Support of Motion to Remand and Certain Exhibits Under Seal by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Attachments: # 1 Text of Proposed Order) (rew) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 04/23/2010) |
| 04/23/2010 | 56 | REPLY to Response to Motion re 39 MOTION to Remand *(Redacted Version)* filed by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Attachments: # 1 Exhibit Ex, 1 Affidavit of Casey D. Adams, # 2 Exhibit Tab A. First Amendment to Amended and Restated Limited Liabilty Company Agreement, # 3 Exhibit Tab C. Member List, # 4 Exhibit Tab D. Trust Documents, # 5 Exhibit Tab E Verification, # 6 Exhibit Ex. 2 Schedule B, # 7 Exhibit Ex. 3 Order, # 8 Exhibit Ex. 4 Cal Prob Code Section 15410, # 9 Exhibit Tab B. Responses to Interrogatories) (Kessler, Marc) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 04/23/2010) |
| 04/26/2010 | 57 | ORDER granting 55 Motion to file plaintiffs exhibits B, C, D and E to the Affidavit of Casey Adams in Support of Plaintiffs Reply in Support of its Motion to Remand Under Seal. Signed by Magistrate Judge Norah McCann King on 4/26/10. (rew) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 04/26/2010) |
| 04/26/2010 | 58 | Sealed Document. Plaintiffs Reply in Support of Motion to Remand (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit E 1, # 7 Exhibit E 2, # 8 Exhibit E 3, # 9 Exhibit E 4) (rew) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 04/26/2010) |

| | | |
|---|---|---|
| 05/05/2010 | 59 | STIPULATION *and Order* by Defendants John Harrington, John Doe Defendants 1-10, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited, Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 05/05/2010) |
| 05/05/2010 | 60 | STIPULATION AND ORDER. Signed by Magistrate Judge Norah McCann King on 5/05/10. (rew) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 05/05/2010) |
| 05/05/2010 | 61 | AMENDED COMPLAINT filed by MA Equipment Leasing I LLC, MA 265 North Hamilton Road LLC. against John Harrington, John Doe Defendants 1-10, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited, Patriarch Partners XIV. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit B Affidavit of Marc J Kessler) (rew) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 05/07/2010) |
| 05/10/2010 | 62 | MOTION for Leave to File *a Supplemental Memorandum of Law in Further Opposition to Plaintiffs' Motion to Remand* by Defendants John Harrington, John Doe Defendants 1-10, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners XIV, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (Attachments: # 1 Affidavit Declaration of David Elbaum) (Cogan, J) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 05/10/2010) |
| 05/10/2010 | 63 | Sealed Exhibits A through D to the declaration of David Elbaum dated 5/10/10, in support of defendants supplemental memorandum of law in opposition to plaintiffs motion to remand. (rew) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 05/11/2010) |
| 05/10/2010 | 64 | MOTION for leave to file under seal certain exhibits to the declaration of David Elbaum in support of defendants supplemental memorandum of law in opposition to plaintiffs motion to remand by Defendants John Harrington, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners XIV, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (rew1) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 05/11/2010) |
| 05/11/2010 | 65 | Declaration of David Elbaum by Defendants John Harrington, John Doe Defendants 1-10, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners XIV, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (rew) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 05/11/2010) |
| 05/11/2010 | 66 | ORDER granting 64 Motion to Seal Document 63 Exhibits to the declaration of David Elbaum. Signed by Magistrate Judge Norah McCann King on 5/11/10. (rew) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 05/11/2010) |
| 05/28/2010 | 67 | MOTION for Leave to File *Supplemental Brief in Further Support of Their Motion to Remand* by Plaintiffs MA 265 North Hamilton Road LLC, MA |

| | | |
|---|---|---|
| | | Equipment Leasing I LLC. (Attachments: # 1 Exhibit 1 - Memorandum, # 2 Exhibit 2 - Proposed Order) (Kessler, Marc) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 05/28/2010) |
| 06/01/2010 | 68 | NOTICE by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC *of Manual Filing of Appendix of Exhibits to Plaintiff's Proposed Supplemental Memorandum of Law* (Green, Kerry) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 06/01/2010) |
| 06/01/2010 | 69 | ORDER granting 67 and 62 . Motion for Leave to manually file the appendix of exhibits referred to in Doc. No. 68 also granted. Signed by Magistrate Judge Norah McCann King on 6/01/10. (rew) Modified on 6/1/2010 (rew). Modified on 6/17/2010 (jm1).[Transferred from Ohio Southern on 8/20/2010.] (Entered: 06/01/2010) |
| 06/01/2010 | 70 | Supplemental Memorandum Supporting re 39 MOTION to Remand by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (rew) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 06/01/2010) |
| 06/01/2010 | 71 | Supplemental Memorandum of Law in further opposition to plaintiffs Motion to Remand by Defendants John Harrington, LD Investments, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners XIV, LLC, Patriarch Partners, LLC, Lynn Tilton, Zohar II 2005-1, Limited. (rew) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 06/02/2010) |
| 06/01/2010 | 72 | Appendix of Exhibits to Plaintiffs Proposed Supplemental Memomdum of Law by Plaintiffs MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (rew) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 06/02/2010) |
| 08/19/2010 | 73 | NOTICE of Hearing: Discovery Conference set for 8/26/2010 @ 02:15 PM by phone before Magistrate Judge Norah McCann King. Marc Kessler to initiate the phone call. (jm1) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 08/19/2010) |
| 08/19/2010 | 74 | OPINION and ORDER denying 39 Plaintiffs MA Equipment Leasing I LLC and MA 265 North Hamilton Road's Motion to Remand; granting 8 Defendants Motion to Change Venue. Signed by Judge Michael H. Watson on 8/19/10. (jk) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 08/19/2010) |
| 08/19/2010 | | Case transferred to District of Delaware Case file and docket sheet sent Electronically. (jk) [Transferred from Ohio Southern on 8/20/2010.] (Entered: 08/20/2010) |
| 08/20/2010 | 75 | Record of case transferred in from District of Ohio Southern; Case Number in Other District: 2:09-cv-00880. Copy of Docket Sheet. (Entered: 08/20/2010) |
| 08/20/2010 | 76 | Local Counsel Letter sent to John F. Marsh, Esq. Notice of Compliance deadline set for 9/22/2010. (fms) (Entered: 08/20/2010) |
| 08/20/2010 | 77 | Local Counsel Letter sent to J. Kevin Cogan, Esq. Notice of Compliance deadline set for 9/22/2010. (fms) (Entered: 08/20/2010) |
| 08/25/2010 | | Case assigned to Judge Sue L. Robinson. Please include the initials of the |

| | | |
|---|---|---|
| | | Judge (SLR) after the case number on all documents filed. (rjb) (Entered: 08/25/2010) |
| 08/27/2010 | 78 | MOTION for Leave to File *Third Amended Complaint and to Remand to State Court and Memorandum in Support Thereof* - filed by MA 265 North Hamilton Road LLC, MA Equipment Leasing I LLC. (Attachments: # 1 Exhibit A (DRAFT Third Amended Complaint), # 2 Exhibit A to DRAFT Third Amended Complaint, # 3 Exhibit B to DRAFT Third Amended Complaint, # 4 Exhibit C to DRAFT Third Amended Complaint, # 5 Certificate of Service)(Wolfe, Etta) (Entered: 08/27/2010) |
| 08/30/2010 | | Remark: received sealed documents DI# 58 and 63 from USDC/SD/OH. (els) (Entered: 08/30/2010) |
| 09/01/2010 | | CORRECTING ENTRY: Docket clerk deleted D.I. 79 due to document being filed improperly. Counsel is advised to re-file document using the STATEMENT event code rather than the motion event code. (lid) (Entered: 09/01/2010) |
| 09/01/2010 | 79 | STATEMENT re 78 MOTION for Leave to File *Third Amended Complaint and to Remand to State Court and Memorandum in Support Thereof /Plaintiffs' Certificate of Compliance with Rule 7.1.1 of The Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware* by MA Equipment Leasing I LLC. (Attachments: # 1 Certificate of Service)(Wolfe, Etta) (Entered: 09/01/2010) |
| 09/02/2010 | 80 | MOTION for Pro Hac Vice Appearance of Attorney Marc J. Kessler - filed by MA Equipment Leasing I LLC. (Attachments: # 1 Text of Proposed Order Order Granting Motion for Admission Pro Hac Vice, # 2 Certificate of Service)(Wolfe, Etta) (Entered: 09/02/2010) |
| 09/02/2010 | 81 | MOTION for Pro Hac Vice Appearance of Attorney Kerry R. Green - filed by MA Equipment Leasing I LLC. (Attachments: # 1 Text of Proposed Order Order Granting Motion for Admission Pro Hac Vice, # 2 Certificate of Service)(Wolfe, Etta) (Entered: 09/02/2010) |
| 09/02/2010 | 82 | NOTICE of Appearance by Daniel J. DeFranceschi on behalf of Lynn Tilton (DeFranceschi, Daniel) (Entered: 09/02/2010) |
| 09/02/2010 | 83 | NOTICE of Appearance by Cory Dean Kandestin on behalf of Lynn Tilton (Kandestin, Cory) (Entered: 09/02/2010) |
| 09/07/2010 | 84 | Letter to The Honorable Sue L. Robinson from Daniel J. DeFranceschi regarding MA Equipment Leasing I, LLC, et al. v. Tilton, et al., No. 10 CV 701. (DeFranceschi, Daniel) (Entered: 09/07/2010) |
| 09/07/2010 | 85 | MOTION for Pro Hac Vice Appearance of Attorney David Elbaum (Receipt Number DEX006245) - filed by Lynn Tilton. (Kandestin, Cory) (Entered: 09/07/2010) |
| 09/09/2010 | 86 | Letter to The Honorable Sue L. Robinson from Steven M. Yoder regarding Response to Defendant's Request for a Status Conference - re 84 Letter. (Yoder, Steven) (Entered: 09/09/2010) |

| | | |
|---|---|---|
| 09/10/2010 | | SO ORDERED- re 80 MOTION for Pro Hac Vice Appearance of Attorney Marc J. Kessler, 81 MOTION for Pro Hac Vice Appearance of Attorney Kerry R. Green, 85 MOTION for Pro Hac Vice Appearance of Attorney David Elbaum. Signed by Judge Sue L. Robinson on 9/10/2010. (lid) (Entered: 09/10/2010) |
| 09/10/2010 | 87 | ORDER that the case be referred to the United States Bankruptcy Court for the District of Delaware pursuant to 28 U.S.C. § 157(a), as the instant litigation is related to matters now pending before Judge Shannon. (CASE CLOSED). Signed by Judge Sue L. Robinson on 9/10/2010. (nmf) (Entered: 09/10/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/13/2010 11:11:38 | | | |
| PACER Login: | de0053 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:10-cv-00701-SLR Start date: 1/1/1970 End date: 9/13/2010 |
| Billable Pages: | 8 | Cost: | 0.64 |